

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Angela  G. Clough v. Bryan S. Ryan

Appellate case number:    01-21-00474-CV

Trial court case number:  101576-F

Trial court:                     300th District Court of Brazoria County

      Appellant, Angela G. Clough, has filed an "Unopposed Motion to Extend Time to File Parties' Notification to Court of Mediator and Motion to Extend Deadline to Conduct Mediation." Appellant's motion is **granted.** The deadline for the parties to notify the Court of their selection of mediator is November 13, 2021. The deadline for the parties to conduct mediation is December 15, 2021.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  October 21, 2021